IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAEWOO ELECTRONICS AMERICA, INC.,

    Plaintiff,

v.

OPTA CORPORATION, TCL CORPORATION, T.C.L. INDUSTRIES HOLDING (H.K.) LIMITED, and TCL MULTIMEDIA TECHNOLOGY HOLDING LIMITED,

    Defendants.
_____/

No. C 13-01247 JSW

**ORDER TO SHOW CAUSE RE SERVICE OF FOREIGN DEFENDANTS AND REQUIRING A REDLINE**

On March 20, 2013, Plaintiff filed this case against defendants Opta Corporation, TCL Corporation, T.C.L. Industries Holding (H.K.) Limited, and TCL Multimedia Technology Holding Limited. It appears that Plaintiff has only served one defendant, Opta Corporation, who has now moved to dismiss the Complaint. However, there is no indication that any of the other defendants have been served with the Complaint.

Although the period for service has not expired, because the pending motion to dismiss filed by the only served and appearing defendant, Opta Corporation, is now fully briefed and set for hearing on August 9, 2013, Plaintiff is HEREBY ORDERED TO SHOW CAUSE whether it intends to serve the remaining foreign defendants or dismiss them from this lawsuit. Plaintiff's response to this Order to Show Cause shall be due by July 5, 2013.

In addition, in considering the briefing on Opta Corporation's motion to dismiss, the Court would be assisted by the submission of a side-by-side comparison, or redline version, of the original complaint, filed on March 20, 2013, and the amended complaint filed on May 20, 2013. Therefore, IT IS HEREBY ORDERED that Plaintiff shall submit such a comparison, preferably a redline version, of the two complaints by no later than July 5, 2013.

**IT IS SO ORDERED.**

Dated: June 25, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2