UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAEWOO ELECTRONICS AMERICA INC., | 13-cv-01247-VC |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| OPTA CORPORATION, | |
| Defendant. | |

On November 18, 2014, the plaintiffs filed a notice of voluntary dismissal, dismissing the last remaining defendant, TCL Corporation. Docket No. 86. Accordingly, the Court now enters judgment in this action. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: December 19, 2014

_____
VINCE CHHABRIA
United States District Judge