# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAEWOO ELECTRONICS AMERICA INC., <br><br>        Plaintiff, <br><br>   v. <br><br> OPTA CORPORATION, <br><br>        Defendant. | Case No. 13-cv-01247-VC <br><br> **ORDER REOPENING CASE AND SETTING SCHEDULE** <br><br> Re: Dkt. No. 95 |

The Clerk of the Court is directed to reopen the case. The case will not be stayed pending the resolution of the defendants' petition for a writ of certiorari. The schedule proposed in the case management statement is adopted, with certain modifications: fact discovery cutoff of July 20, 2018; expert disclosures due September 7, 2018; expert rebuttal due September 28, 2018; expert discovery cutoff of October 19, 2018; last day to hear dispositive motions of November 15, 2018; pretrial conference of January 14, 2019; and trial for January 28, 2019.

      **IT IS SO ORDERED.**

Dated: March 30, 2018

_____

VINCE CHHABRIA
United States District Judge