# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINIADAEWOO ELECTRONICS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPTA CORPORATION, et al., <br><br> Defendants. | Case No. 18-mc-80121-JCS <br> *Also Filed in Case No. 13-cv-01247-VC* <br><br> **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

This miscellaneous case was initiated in the Southern District of New York with a motion to quash a subpoena issued in relation to Northern District of California case number 13-cv-01247. The miscellaneous case was transferred to this Court on consent of the parties and assigned to the undersigned magistrate judge. *See* dkt. 9. The undersigned hereby refers the matter to the Honorable Vince Chhabria to determine whether case number 18-mc-80121 is related to case number 13-cv-01247. Any party may file a response in support of or opposition to finding the cases related no later than July 30, 2018. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

**IT IS SO ORDERED.**

Dated: July 25, 2018

JOSEPH C. SPERO
Chief Magistrate Judge